[No. 7765-1-I. Division One. September 8, 1980.]

HUGHES LEASE COMPANY, INC., *Respondent,* v. LARRY WEBB, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 824634, Arthur E. Piehler, J., entered June 1, 1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by Andersen and Ringold, JJ.

[No. 7934-4-I. Division One. September 8, 1980.]

CURT E. LUNDQUIST, *Appellant,* v. EVAN DEAN ALLSTROM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 846837, H. Joseph Coleman, J., entered August 3, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Durham–Divelbiss, JJ.

[No. 3835-II. Division Two. September 12, 1980.]

HAROLD TILSTON, ET AL, *Appellants,* v. WESLEY M. JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 12968, Herbert E. Wieland, J., entered December 11, 1978. *Affirmed as modified* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrie and Petrich, JJ.